```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 25534
   CARMIA TANG
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2087


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/08/2004 and was confirmed 08/26/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
BANK ONE                    SECURED            4950.00        621.76       4950.00
BANK ONE                    UNSECURED          2987.83           .00       2987.83
NATIONWIDE COMMERCIAL LP    SECURED NOT I          .00           .00           .00
NATIONWIDE COMMERCIAL LP    UNSECURED       NOT FILED            .00           .00
OPTION ONE MORTGAGE         CURRENT MORTG    40979.00            .00      40979.00
OPTION ONE MORTGAGE         MORTGAGE ARRE     1037.88            .00       1037.88
ACC INTERNATIONAL           UNSECURED       NOT FILED            .00           .00
ACC INTERNATIONAL           NOTICE ONLY     NOT FILED            .00           .00
ALL SYSTEMS                 UNSECURED       NOT FILED            .00           .00
AMERICASH LOANS LLC         UNSECURED          297.43            .00         297.43
ASSET ACCEPTANCE CORP       UNSECURED          483.61            .00         483.61
ASSET ACCEPTANCE CORP       NOTICE ONLY     NOT FILED            .00           .00
AXCESS CASH                 UNSECURED       NOT FILED            .00           .00
BANK ONE                    UNSECURED       NOT FILED            .00           .00
LITTLE CO OF MARY           UNSECURED       NOT FILED            .00           .00
CB ACCOUNTS                 NOTICE ONLY     NOT FILED            .00           .00
MAJESTIC STAR CASINO        UNSECURED       NOT FILED            .00           .00
CHECK N GO                  UNSECURED OTH     651.08            .00         619.65
EDUCATION CORP OF AMERIC    UNSECURED       NOT FILED            .00           .00
HARRAHS CASINO              UNSECURED       NOT FILED            .00           .00
HARRAHS                     NOTICE ONLY     NOT FILED            .00           .00
INSTANT CASH ADVANCE        UNSECURED       NOT FILED            .00           .00
EVERGREEN EMERGENCY SERV    UNSECURED       NOT FILED            .00           .00
MEDICAL COLLECTIONS         NOTICE ONLY     NOT FILED            .00           .00
MONEY MARKET PAYDAY EXPR    UNSECURED       NOT FILED            .00           .00
MONEY MARKET PAYDAY EXPR    NOTICE ONLY     NOT FILED            .00           .00
NATIONAL QUICK CASH         UNSECURED       NOT FILED            .00           .00
PDL FINANCIAL SERVICES      UNSECURED          467.90            .00         467.90
PEOPLES GAS LIGHT & COKE    UNSECURED       NOT FILED            .00           .00
RETAILERS NATIONAL BANK     UNSECURED       NOT FILED            .00           .00
RETAILERS NATIONAL BANK     NOTICE ONLY     NOT FILED            .00           .00
RETAILERS NATIONAL BANK     NOTICE ONLY     NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 25534 CARMIA TANG
```

```
SEARS ROEBUCK & CO         UNSECURED      NOT FILED            .00           .00
AMERICAN WOMENS MEDICAL    UNSECURED      NOT FILED            .00           .00
LEDFORD & WU               REIMBURSEMENT     94.38             .00         94.38
LEDFORD & WU               DEBTOR ATTY    2,400.00                       2,400.00
TOM VAUGHN                 TRUSTEE                                       3,115.16
DEBTOR REFUND              REFUND                                          541.32
```

       Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
    ------------------------------------------------------------------------------
```
TRUSTEE                 58,595.92

PRIORITY                                           94.38
SECURED                                        46,966.88
   INTEREST                                       621.76
UNSECURED                                       4,856.42
ADMINISTRATIVE                                  2,400.00
TRUSTEE COMPENSATION                            3,115.16
DEBTOR REFUND                                     541.32
                        ---------------       ---------------
TOTALS                  58,595.92              58,595.92
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE